**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.218.179.49,<br><br>Defendant. | Civil Action No. 1:25-cv-11937-JCB |

**MOTION FOR LEAVE TO SERVE A THIRD PARTY**
**SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of Jorge Arco in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Susan B. Stalzer in support of this motion; Strike 3 Holdings, LLC ("Plaintiff") respectfully moves for entry of an order granting it leave to serve a third party subpoena on Comcast Cable, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 07/18/2025

Respectfully submitted,

By: /s/ *Jacqueline M. James*

Jacqueline M. James, Esq. (BBO #706668)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE AND L.R. 7.1(a)(2) STATEMENT**

Pursuant to Local Rules 5.2(b), 7.1(a)(2), and 7.1(c), I hereby certify that a true copy of the above document was electronically filed the with the Clerk of the Court using CM/ECF. Since Defendant's identity is unknown, I was unable to send a copy of the foregoing documents to Defendant or Defendant's counsel prior to filing in this matter.

By: /s/ *Jacqueline M. James*